# EXHIBIT A



Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print    GrantedPublicAccess Logoff RPCASSETTA

**21CG-CC00134 - MILES PIPER V IOC-CAPE GIRARDEAU LLC DBA CENTURY C (E-CASE)**

| Case | Parties & | Docket | Charges, Judgments | Service | Filings | Scheduled | Civil | Garnishments/ |
| FV | Attorneys | Entries | & Sentences | Information | Due | Hearings & Trials | Judgments | Execution |

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending  ○ Ascending

Display Options: All Entries

---

**05/27/2021** ☐ **Agent Served**
Document ID - 21-SMCC-337; Served To - IOC-CAPE GIRARDEAU LLC DBA CENTURY CASINO CAPE GIRARDEAU MAR; Server - HARMON, RUFUS; Served Date - 24-MAY-21; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

☐ **Notice of Service**
Return of Service-Century Casino; Electronic Filing Certificate of Service.
   **Filed By:** CHARLES RAY WOOTEN
   **On Behalf Of:** MILES PIPER

**05/21/2021** ☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-337, for IOC-CAPE GIRARDEAU LLC DBA CENTURY CASINO CAPE GIRARDEAU MAR.

☐ **Case Review Scheduled**
   **Scheduled For:** 09/13/2021;  9:00 AM ;  SCOTT ALAN LIPKE;  Cape Girardeau (Jackson)

☐ **Order - Special Process Server**
Appointed as requested by: Jana Walther, Deputy Clerk
   **Associated Entries:** 05/20/2021 - **Motion Special Process Server**

**05/20/2021** ☐ **Motion Special Process Server**
Request for Special Process Server.
   **Filed By:** CHARLES RAY WOOTEN
   **On Behalf Of:** MILES PIPER
   **Associated Entries:** 05/21/2021 - **Order - Special Process Server**

☐ **Entry of Appearance Filed**
Entry of Appearance-Jonathan Doss.
   **Filed By:** CHARLES RAY WOOTEN

☐ **Note to Clerk eFiling**
   **Filed By:** CHARLES RAY WOOTEN

☐ **Filing Info Sheet eFiling**
   **Filed By:** CHARLES RAY WOOTEN

☐ **Pet Filed in Circuit Ct**
Petition for Damages.
   **Filed By:** CHARLES RAY WOOTEN

☐ **Judge Assigned**

---

Case.net Version 5.14.17.7          Return to Top of Page          Released 05/13/2021

STATE OF MISSOURI              )
                               ) SS.
COUNTY OF CAPE GIRARDEAU )

IN THE CIRCUIT COURT FOR THE 32ND JUDICIAL CIRCUIT
OF MISSOURI AT CAPE GIRARDEAU COUNTY, MISSOURI

MILES PIPER                                )
                                           )
    Plaintiff,                             )
                                           )
vs.                                        )   Case No.:
                                           )
IOC-CAPE GIRARDEAU, LLC d/b/a              )
CENTURY CASINO CAPE GIRARDEAU )
Serve:  Marc Ellinger, Registered Agent    )
        308 East High Street, Ste 300      )
        Jefferson City, MO 65101           )
                                           )
    Defendant.                             )

## PLAINTIFF'S PETITION FOR DAMAGES

COMES NOW Plaintiff, Miles Piper, by and through undersigned counsel, and for his causes of action against Defendant, IOC-Cape Girardeau, LLC d/b/a Century Casino Cape Girardeau, and states to the Court as follows:

### JURISDICTION AND VENUE

1. That Plaintiff, Miles Piper is, and at all times mentioned herein was, a citizen of the State of Missouri, and present in Cape Girardeau County, State of Missouri.

2. That at the time of the acts complained of herein and at all times mentioned, IOC-Cape Girardeau, LLC d/b/a Century Casino Cape Girardeau ("Defendant") was registered with the State of Missouri as a limited liability corporation and doing business at 777 Main Street, City of Cape Girardeau, County of Cape

1

Girardeau, State of Missouri with its registered agent for service of process being Marc Ellinger, 308 East High Street, Ste 300, Jefferson City, MO 65101.

3. That, because Defendant transacts business in, and all allegations occurred in, Cape Girardeau County, Missouri, and pursuant to Missouri Revised Statute §508.010, this is the Court of proper jurisdiction and venue.

## COUNT I

4. That on or about November 5, 2018, Plaintiff was a patron of Defendant's Casino, located at 777 Main Street, Cape Girardeau, MO 63701 (hereinafter the "Premises").

5. That on aforesaid date, Defendant had possession and control of the Premises.

6. That to enter and exit the Premises, Plaintiff had to go through a motorized revolving door.

7. That upon information and belief, the revolving door would commence and cease rotation based upon a patron's movement or non-movement within the vestibule of the same.

8. That on aforesaid date on the Premises there existed a dangerous condition, which consisted of a malfunctioning motorized revolving door of which Defendant was or should have been aware.

9. Plaintiff was not aware of aforesaid dangerous condition.

10. Defendant owed Plaintiff a duty to exercise reasonable care for his safety and to maintain the revolving door on the Premises in a reasonably safe condition.

11. That on aforesaid date, as Plaintiff was leaving the Premises, he entered the vestibule of the revolving door and began walking and the door and/or motor malfunctioned and struck Plaintiff, causing him to fall and sustain injury.

12. That Defendant was negligent in the following respects, to-wit:

   a. Failed to warn of the aforementioned condition;

   b. Failed to barricade the aforementioned dangerous condition;

   c. Failed to correct the aforementioned dangerous condition;

   d. Failed to provide for alternate points of ingress and egress; and

   e. Failed to exercise the degree of care as would a reasonable and prudent property owner.

13. That as a direct and proximate result of the negligence of Defendant as aforesaid, Plaintiff was struck by the revolving door and fell hard to the ground and sustained injuries to his right hip and all the bones, muscles, tendons, tissues, joints, ligaments, vessels, nerves and other soft tissues were severely wrenched, twisted, torn, impacted, crushed and otherwise damaged and Plaintiff's nerves and entire nervous system were disturbed and injured and that Plaintiff's serious and permanent injuries have caused Plaintiff to suffer limitation of motion and loss of ability to perform day-to-day activities and thereby has prevented Plaintiff from enjoying life and earning income; that Plaintiff has in the past and will in the future be required to seek medical care and incur expenses therefor; that all of Plaintiff's injuries are permanent and progressive in nature.

14. That Plaintiff has been caused to expend funds for his treatment and care and he will be forced to expend funds for treatment and care in the future.

Electronically Filed - Cape Girardeau (Jackson) - May 20, 2021 - 03:25 PM

WHEREFORE Plaintiff Miles Piper prays the Court enter judgment in his favor against Defendant, IOC-Cape Girardeau, LLC d/b/a Century Casino Cape Girardeau, in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), for costs incurred herein, and for such other and further relief as the Court may deem just and proper.

## COUNT II – RES IPSA LOQUITOR

15. Plaintiff incorporates paragraphs 1 – 14 as if fully set forth herein.

16. On or about November 5, 2018, Defendant owned, maintained, operated, rented and/or controlled the Premises.

17. On or about November 5, 2018, Plaintiff was lawfully present at the Defendant Premises.

18. On or about November 5, 2018, as Plaintiff was exiting the Premises, Defendant's motorized revolving door struck malfunctioned and struck Plaintiff which caused him to fall har and sustain serious injury.

19. That the type of injury suffered by Plaintiff, and the circumstances under which Plaintiff suffered his injuries, ordinarily occurs due to someone's negligence, in that motorized revolving doors typically do not malfunction and strike patrons with such a force so as to knock them to the ground.

20. The incident which gave rise to Plaintiff's injuries was caused by an instrumentality under the Defendant's management and control in that Defendant owned and maintained the Premises upon which Plaintiff was injured.

21. That Defendant had superior knowledge or access to information as to the cause of the occurrence.

4

22. That based upon the aforementioned facts and reasonable inferences of the occurrence wherein Plaintiff was struck by a motorized revolving door and caused to fall to the ground and sustain injury, such occurrence was directly caused by Defendant's negligence.

23. That as a direct and proximate result of the Defendant negligence as aforesaid, Plaintiff was struck by the revolving door and fell hard to the ground and sustained injuries to his right hip and all the bones, muscles, tendons, tissues, joints, ligaments, vessels, nerves and other soft tissues were severely electrocuted and otherwise damaged and Plaintiff's nerves and entire nervous system were disturbed and injured, including but not limited to injury to the Plaintiff's wrist, hand and upper extremity, that Plaintiff's serious and permanent injuries have caused Plaintiff to suffer limitation of motion and loss of ability to perform day-to-day activities and thereby has prevented Plaintiff from enjoying life and earning income; that Plaintiff has in the past and will in the future be required to seek medical care and incur expenses therefor; that all of Plaintiff's injuries are permanent and progressive in nature.

24. That Plaintiff has been caused to expend funds for his treatment and care and he will be forced to expend funds for treatment and care in the future.

WHEREFORE Plaintiff Miles Piper prays the Court enter judgment in his favor against Defendant, IOC-Cape Girardeau, LLC d/b/a Century Casino Cape Girardeau, in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), for costs incurred herein, and for such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

ROBERTS, WOOTEN & ZIMMER, LLC
Attorneys At Law

10438 Business 21
PO Box 888
Hillsboro, MO 63050
(636) 797-2693 / (636) 789-4205 (fax)

By: _____
     Charles R. Wooten, #51250
     CharlesWooten@RWZLaw.com
     Jonathan W. Doss, #70033
     JonathanDoss@RWZLaw.com

STATE OF MISSOURI        )
                         ) SS.
COUNTY OF CAPE GIRARDEAU )

IN THE CIRCUIT COURT FOR THE 32ND JUDICIAL CIRCUIT
OF MISSOURI AT CAPE GIRARDEAU COUNTY, MISSOURI

MILES PIPER                              )
                                         )
    Plaintiff,                           )
                                         )
vs.                                      )   Case No.:
                                         )
IOC-CAPE GIRARDEAU, LLC d/b/a            )
CENTURY CASINO CAPE GIRARDEAU            )
Serve: Marc Ellinger, Registered Agent   )
       308 East High Street, Ste 300         )
       Jefferson City, MO 65101               )
                                         )
    Defendant.                           )

## ENTRY OF APPEARANCE

    Comes now Jonathan W. Doss and ROBERTS, WOOTEN & ZIMMER, L.L.C. and enters their appearance as co-counsel on behalf of Miles Piper in this matter.

                ROBERTS, WOOTEN & ZIMMER, L.L.C.
                P. O. Box 888
                Hillsboro, Missouri 63050
                (636) 797-2693 Phone
                (636) 789-4205 Fax

                (By) /s/ Jonathan W. Doss, 70033
                      Jonathan W. Doss #70033
                      JonathanDoss@RWZLaw.com

## PROOF OF SERVICE

    The undersigned certifies that a complete copy of this instrument was e-mailed through the Court's electronic E-Filing system to all counsel of record on this 20th day of May, 2021.

                                      JWD/sic

STATE OF MISSOURI              )
                               ) SS.
COUNTY OF CAPE GIRARDEAU  )

IN THE CIRCUIT COURT FOR THE 32ND JUDICIAL CIRCUIT
OF MISSOURI AT CAPE GIRARDEAU COUNTY, MISSOURI

| | |
|---|---|
| MILES PIPER | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No.: |
| | ) |
| IOC-CAPE GIRARDEAU, LLC d/b/a | ) |
| CENTURY CASINO CAPE GIRARDEAU | ) |
| Serve: Marc Ellinger, Registered Agent | ) |
|        308 East High Street, Ste 300 | ) |
|        Jefferson City, MO 65101 | ) |
| | ) |
|     Defendant. | ) |

## REQUEST FOR SPECIAL PROCESS SERVER

Comes now Plaintiff and requests that Rufus Harmon be appointed as special process server for the purpose of serving Defendant IOC-Cape Girardeau, LLC d/b/a Century Casino Cape Girardeau the attached Summons herein.

Approved:

Clerk of the Circuit Court         ROBERTS, WOOTEN & ZIMMER, LLC
Scott County, Missouri            Attorneys at law
                                      P.O. Box 888
By: _____     Hillsboro, Missouri 63050
                                      (636) 797-2693
                                      (636) 789-4205 Fax

                                      By:____/s/ Jonathan W. Doss #70033
                                        Charles R. Wooten #51250
                                        CharlesWooten@RWZLaw.com
                                        Jonathan W. Doss, #70033
                                        JonathanDoss@RWZLaw.com

STATE OF MISSOURI )
) SS.
COUNTY OF CAPE GIRARDEAU )

IN THE CIRCUIT COURT FOR THE 32ND JUDICIAL CIRCUIT
OF MISSOURI AT CAPE GIRARDEAU COUNTY, MISSOURI

| | |
|---|---|
| MILES PIPER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: |
| ) | |
| IOC-CAPE GIRARDEAU, LLC d/b/a ) | |
| CENTURY CASINO CAPE GIRARDEAU ) | |
| Serve: Marc Ellinger, Registered Agent ) | |
| 308 East High Street, Ste 300 ) | |
| Jefferson City, MO 65101 ) | |
| ) | |
| Defendant. ) | |

**REQUEST FOR SPECIAL PROCESS SERVER**

Comes now Plaintiff and requests that Rufus Harmon be appointed as special process server for the purpose of serving Defendant IOC-Cape Girardeau, LLC d/b/a Century Casino Cape Girardeau the attached Summons herein.


Approved:


Clerk of the Circuit Court
Cape ~~Scott~~ County, Missouri

By: _/s/ Jana Walther_

ROBERTS, WOOTEN & ZIMMER, LLC
Attorneys at law
P.O. Box 888
Hillsboro, Missouri 63050
(636) 797-2693
(636) 789-4205 Fax

By:     /s/ Jonathan W. Doss #70033
Charles R. Wooten #51250
CharlesWooten@RWZLaw.com
Jonathan W. Doss, #70033
JonathanDoss@RWZLaw.com

1



# IN THE 32ND JUDICIAL CIRCUIT, CAPE GIRARDEAU COUNTY, MISSOURI

| Judge or Division:<br>SCOTT ALAN LIPKE | Case Number: 21CG-CC00134 |
|---|---|
| Plaintiff/Petitioner:<br>MILES PIPER<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CHARLES RAY WOOTEN<br>ROBERTS WOOTEN & ZIMMER LLC<br>P O BOX 888<br>HILLSBORO, MO  63050 |
| Defendant/Respondent:<br> IOC-CAPE GIRARDEAU LLC DBA CENTURY CASINO CAPE GIRARDEAU RA: MARC ELLINGER | Court Address:<br>203 NORTH HIGH STREET<br>JACKSON, MO  63755 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** IOC-CAPE GIRARDEAU LLC DBA CENTURY CASINO CAPE GIRARDEAU RA: MARC ELLINGER

**Alias:**

RA: MARC ELLINGER
308 EAST HIGH ST STE 300
JEFFERSON CITY, MO  65101

*COURT SEAL OF CAPE GIRARDEAU COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

May 21, 2021                                     /s/ *Jana Walther*, Deputy Clerk
Date                                                           Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                                   _____
Printed Name of Sheriff or Server                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____     _____
Date                                                 Notary Public

| | |
|---|---|
| **Sheriff's Fees, if applicable** | |
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |
| A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54. | |



# IN THE 32ND JUDICIAL CIRCUIT, CAPE GIRARDEAU COUNTY, MISSOURI

| Judge or Division: SCOTT ALAN LIPKE | Case Number: 21CG-CC00134 |
|---|---|
| Plaintiff/Petitioner: MILES PIPER | Plaintiff's/Petitioner's Attorney/Address: CHARLES RAY WOOTEN ROBERTS WOOTEN & ZIMMER LLC P O BOX 888 HILLSBORO, MO 63050 |
| vs. | |
| Defendant/Respondent: IOC-CAPE GIRARDEAU LLC DBA CENTURY CASINO CAPE GIRARDEAU RA: MARC ELLINGER | Court Address: 203 NORTH HIGH STREET JACKSON, MO 63755 |
| Nature of Suit: CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: IOC-CAPE GIRARDEAU LLC DBA CENTURY CASINO CAPE GIRARDEAU RA: MARC ELLINGER

Alias:

RA: MARC ELLINGER
308 EAST HIGH ST STE 300
JEFFERSON CITY, MO 65101

COURT SEAL OF

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

CAPE GIRARDEAU COUNTY

May 21, 2021        /s/ Jana Walther, Deputy Clerk
Date                         Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: Marc Ellinger (name) Attorney (title).
☐ other: _____

Served at 308 E. High St. Ste 300, Jefferson City MO (address)
in Cole (County/City of St. Louis), MO, on 5-24-21 (date) at 11:40 AM (time).

Rufus R. Harmon                     /s/ Rufus R. Harmon
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on 05-26-2021 (date).

(Seal)    My commission expires: 05-03-2026    /s/ Donna F. Meyer
                                      Date                    Notary Public